W. E. Myres, of Fort Worth, and E. T. Adams, of Glen Rose, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

GRAVES, Judge.

Appellant was charged with a violation of the Liquor Control Act, Vernon's Ann. P.C. art. 666—1 et seq., in that he employed a person under the age of eighteen years to sell and dispense beer on premises where beer was licensed to be sold, etc. He was found guilty by a jury, and fined the sum of $25.00.

There is no properly authenticated statement of facts before us, and we are unable to appraise the only bill of exceptions found in the record on account of the absence of such statement.

The proceedings appear to be proper and regular, the offense charged being one denounced by the law, and we have no alternative other than to affirm the judgment, which is accordingly done.

## SMITH v. STATE.
### No. 19756.

Court of Criminal Appeals of Texas.
May 25, 1938.

J. L. Sullivan, of Big Spring, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft, a felony; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular and regularly presented. The record is before this court without statement of facts or bills of exception. No error has been perceived justifying a reversal or requiring discussion.

The judgment is affirmed.